IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MATTHEW DAVID IVEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:18-CV-505-WKW |
| | ) | [WO] |
| WALLY OLSON, Sheriff, RON | ) | |
| NELSON, Captain, and STEVE | ) | |
| BAXLEY, Lieutenant, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On June 18, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been made. (Doc. # 11.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 11) is ADOPTED and that this case is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 27th day of July, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE